PD-0162-14
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 1/19/2015 3:28:22 PM
Accepted 1/20/2015 11:50:59 AM
ABEL ACOSTA
CLERK

**CASE NO. PD-0162-14**
**TRIAL COURT CASE NO. 07-11-11972-CR**

| | | |
|---|---|---|
| STATE OF TEXAS | § | IN THE |
| | § | |
| VS. | § | TEXAS COURT |
| | § | |
| BRANDON SCOTT BLASDELL | § | OF CRIMINAL APPEALS |

## MOTION TO EXTEND TIME TO FILE APPELLANT'S PDR BRIEF

**TO THE HONORABLE JUSTICES OF SAID COURT:**

Now comes BRANDON SCOTT BLASDELL, Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file appellant's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1. This case is on appeal from the 9th Judicial District Court of Montgomery County, Texas.

2. The case below was styled the State of Texas vs. BRANDON SCOTT BLASDELL, and numbered 07-11-11972-CR.

3. Appellant was convicted of Aggravated Robbery.

4. Appellant was assessed a sentence of Thirty (30) years in the TDCJ-ID on November 29, 2007.

5. Counsel was appointed on November 20, 2014

6. The appellate brief is due on January 23, 2015

7. Appellant requests an extension of time of 30 days from the present date, i.e. February 22, 2015.

8. One (1) extension to file the brief has been received in this cause.

9. Defendant is currently incarcerated in the Montgomery County Jail in Texas.

10. Appellant relies on the following facts as good cause for the requested extension:

Counsel for the Appellant has been preparing for the State of Texas vs. Adrian Granados-Yepez (13-01-00909-CR), a Aggravated Robbery Home Invasion case which has multiple witnesses to be subpoenaed and interviewed. There is DNA evidence to review, Doctors to be interviewed and Investigators to be met with. Adrian Granados-Yepez was set for sentencing on January 28, 2015 in the 9th Judicial District Court of Montgomery County, Texas.

**WHEREFORE, PREMISES CONSIDERED**, Appellant prays that this Court grant this Motion To Extend Time to File Appellant's Brief, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

Law Offices of Jeremy S. Dishongh
332 North Main
Conroe, TX 77301
Tel: (936) 494-1133
Fax: (936) 494-1233

By:_____
Jeremy S. Dishongh
State Bar No. 24043635
Attorney for BRANDON SCOTT BLASDELL

## CERTIFICATE OF SERVICE

This is to certify that on January 20, 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Montgomery County, 207 West Phillips, Conroe, Texas 77301, by hand delivery.

_____
Jeremy S. Dishongh

STATE OF TEXAS            §
                                     §

COUNTY OF MONTGOMERY    §

## AFFIDAVIT

**BEFORE ME**, the undersigned authority, on this day personally appeared Jeremy S. Dishongh, who after being duly sworn stated:

"I am the attorney for the appellant in the above numbered and entitled cause. I have read the foregoing Motion To Extend Time to File Appellant's Brief and swear that all of the allegations of fact contained therein are true and correct."

_____
Jeremy S. Dishongh
Affiant

**SUBSCRIBED AND SWORN TO BEFORE ME** on Jan 19, 2015, to certify which witness my hand and seal of office.

NAYELLI PINTOR
Notary Public, State of Texas
My Commission Expires
October 08, 2017

Notary Public, State of Texas